UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABINO GENAO,<br><br>                         Plaintiff,<br><br>                   -v-<br><br>ELVIS RUIZ JR; KENNETH STUKES, ROBINS COLLINS; TAMARA FEE; SHARON FORBES; EUGENIO OLIVA; AVI TROPE; and CITY OF NEW YORK,<br><br>                        Defendants. | 24-cv-2077 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

      On June 18, 2024, counsel for Defendant City of New York filed a letter motion requesting that the Court "schedule a pre-motion conference in connection with their contemplated motion to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6) and to stay all deadlines in this matter pending the resolution of this motion." Dkt. No. 17 at 3. The Court will address the City's request at the initial pretrial conference scheduled for July 23, 2024 at 3:00 P.M.

      Counsel for the City is directed to contact the warden at the facility Plaintiff is housed to ensure his production for the telephonic initial pretrial conference.

SO ORDERED.

Dated:   June 19, 2024
             New York, New York

                                                         LEWIS J. LIMAN
                                                 United States District Judge